**Exhibit A to the Complaint**

**Location:** Willingboro, NJ  **IP Address:** 73.215.174.208
**Total Works Infringed:** 24  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash: DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 11-09-2021 22:13:42 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 2 | Info Hash: 1494CEA8CDC75CDADDB2BEE7269D14B83E029F06<br>File Hash: 06B7084D1E8EC9E59CF7AB8EF9E2AA97A89A7C4E67457BEFB3EEA34302ADD306 | 11-04-2021 23:23:28 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 3 | Info Hash: 8F956F468C97DAA77692ED5C69013C520596B3EE<br>File Hash: 2DF68BF9E1BFAC8B52D837B8256102DE91019D50018A1DA252384B399EECA879 | 11-01-2021 17:46:34 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 4 | Info Hash: 7C0532F2B77A12F36AF10091D6D41B1ECE334A54<br>File Hash: E8A6D2271366D4F6D1C8D94B700175AE3A2915F891D3C20A077FD4E08C9848A7 | 11-01-2021 17:07:35 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 5 | Info Hash: 5029C453454EB441DBCE3309353F8A37540142FC<br>File Hash: D294A9AD2AA3888AE44DB63505DB1284E5D1E2E9D756CB3346D93BF7C2C9F9D6 | 11-01-2021 17:03:50 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 6 | Info Hash: 17DB9CC59357CD3E0F19FA647CC6A85192597A98<br>File Hash: 3FED83155B7F1B820CA4FB2BAD7C075725E0DAB840879FF3F9D01A0002B7E529 | 09-27-2021 12:37:53 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 7 | Info Hash: 01CC874EEB1A3F109F1331F296881481C049C1BC<br>File Hash: 317780DD02B7F71213A1F399309D732F9D81F4221C301A2BBA1228F6565D807D | 09-21-2021 00:10:49 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 8 | Info Hash: CBFD2A7C66E7AA8E219B7702B4E337B74DAE4F8D<br>File Hash: 7D9B2DE4871CE9505618932A48B144D31C9F52907C9706D2E2F60A88A8CCEECD | 09-21-2021 00:00:58 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 98D47117A72654E4883F786941BDFC562FBE560C<br>File Hash: 6B5735782244AF4806220390B897633BD191816EC0BFCAA7506BF9BF851E8DB8 | 04-07-2021 00:08:26 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 10 | Info Hash: 1CE2DBF84D40D15496186DBFD8E43977A7D93EDE<br>File Hash: 5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 03-24-2021 01:19:23 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 11 | Info Hash: 67240CE0F42C9777588909086239ABE908B5030A<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-10-2021 00:04:52 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 12 | Info Hash: A49EE756D34A89C41FE77B65408E50C945724CBD<br>File Hash: C0E7DBA8FAC2A125D33DF2B1F21FC81E5E61DDC85DAA378BEE9E35E3D3E27C91 | 02-10-2021 00:03:26 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 13 | Info Hash: 94CBDD8BCCF8992E03D43CFB213E7757565AFF84<br>File Hash: D88E7CD565BB651B10EA873B6AC7042869309730661B405DBA73FA6A8C083FBC | 02-08-2021 05:43:50 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 14 | Info Hash: 08DC95DEAD3515D592454F2806D4CE0163E2D96A<br>File Hash: F74B5744072548D7BEBE78E44E1835A5440F2B1E7FC4D2F8AE747F65DDB0F1B5 | 02-07-2021 18:04:39 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 15 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 01-26-2021 23:51:29 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 16 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-19-2021 18:12:53 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 17 | Info Hash: F01900AFFE4FF6DEB6036AAABBE346CED65F7096<br>File Hash: 55C56E6313B724F1A13843E56871A27967BB151ADF83A4C0BFBCB68F08157032 | 01-11-2021 12:40:53 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F5BCD5E68FE022B1AC16EF0FF6758CFA5E3F1930<br>File Hash: FF52CF85F2A63C53C26ADB3CB500AF8ABB681F7D6E92B9595B085114B20248DE | 12-12-2020 02:15:00 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 19 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 12-08-2020 05:01:54 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 20 | Info Hash: FF2738464090D606206D0608A050F0BA3D10E1A9<br>File Hash: ADDC73912EE777EB7455915C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 12-08-2020 05:00:24 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 21 | Info Hash: C50EADE9FFD8F0CFFDE70A011AF2EB3DBBF102A7<br>File Hash: 928A95315C9E20C5E188CAC6E2A8B15C24FD29BA4F7B9935EC87ED3CAA732E4E | 12-08-2020 04:56:08 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 22 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 12-08-2020 04:55:18 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 23 | Info Hash: A19FBD9C5C79A4A9B580431608E41CC80E3C8B96<br>File Hash: B29E4EA8C29833057854DAFB738624AB50CC2DF9643A694B9247E1DAB08D2BE6 | 11-28-2020 03:53:45 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 24 | Info Hash: F963FC66BEC64BF8323AA10A31D829DE757A4211<br>File Hash: B85D0B747CC11085A6E5DD8FAE0DE603975DA7B66892618C8A81B596BB19D3AE | 11-28-2020 03:40:22 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |